### SINGER MANUFACTURING COMPANY *v.* BULLARD.

Where a sewing-machine is delivered upon an agreement that a specified
sum is to be paid monthly for the use of it until a certain amount is
paid, and then the machine is to be returned, or one cent paid for it
the title to the machine does not pass to the bailee until the full amount
is paid.

REPLEVIN of a sewing-machine.   Facts found by a referee.   In
March, 1879, the defendant received from the plaintiffs a sewing-
machine. and signed an agreement acknowledging the receipt of
the machine of the value of twenty dollars, and agreeing to pay
the plaintiffs for the use of it five dollars per month until the
amount of twenty dollars was paid, and then to return the machine
to the plaintiffs or pay one cent for it.   After making payments
to the amount of ten dollars, the defendant neglected and refused
to make any further payment ; and in July, 1881, after a demand
upon the defendant, and a refusal to pay or deliver up the machine,
the plaintiffs replevied it.   Judgment was ordered for the plain-
tiffs, and the defendant excepted.

*Sulloway, Topliff & O' Connor*, for the plaintiffs.

*J. P. Bartlett*, for the defendant.

CLARK, J.   The machine was the property of the plaintiffs,
whether the agreement is regarded as a lease or as a conditional
sale.   The title would not pass until the price was paid in full.
Upon a demand of payment, and a refusal to comply within a
reasonable time, or to deliver up the machine, the plaintiffs had a
right to replevy it.   *Bailey* v. *Colby*, 34 N. H. 29 ; *Singer M'f'g
Co.* v. *Graham*, 8 Oreg. 17—*S. C.*, 34 Am. Rep. 572.

*Exceptions overruled.*

STANLEY, J., did not sit : the others concurred.